IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Racquel Reid
(Enter Above the Name of the Plaintiff in this Action)

vs.

HARD ROCK CASINO
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____
_____
_____
_____

1:25CV119

J. COLE

M.J. BOWMAN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Racquel Reid
Name - Full Name Please - PRINT

4671 Ashtree Dr.
Street Address

Cinti Oh 45223
City, State and Zip Code

470-471-4331
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. HARD ROCK CASINO
   Name - Full Name Please

   1000 Broadway St.
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was Terminated due to religous discrimination. My Sunday was taken from me by a Manager who DIDN'T CARE FOR ME. I mentioned to him that due to my religion I attend church on Sunday morning. He refused to give me my Sundays Back. I've been to the Vice president of Human Resource ABOUT THIS MATTER, nothin was done for 3 months up until I put it in a email informing Debra Davis that due to my religion I would like my Sunday mornings back. Not even 1 week after that email I was terminated. I have no write ups to the reasons they saying I was fired, I believe it was a cover up for the real reason I was fired and that was because I refused to stop asking for my Sundays back and that I went to the president about this matter.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like for Hard Rock Casino to pay for lost wages AND PAIN and SUFFERING.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of Feburary, 2025.

Percynel Reed
Signature of Plaintiff